**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION, | |
| Plaintiff, | |
| v. | Case No.: 1:14-cv-189 |
| DIANE KLEMZ, JOHN JENSEN, JOE GAYTAN, LAURA DRZEWIECKI, MARY MAC MCCLOSKEY, MARYAOKE KAROAKE, INC., and CHERYL BAGGS, | MOTION FOR ENTRY OF DEFAULT District Judge Sara Ellis |
| Defendants. | |

**SLEP-TONE ENTERTAINMENT CORPORATION'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT LAURA DRZEWIECKI**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff, Slep-Tone Entertainment Corporation ("Slep-Tone"), by and through one of its attorneys, The Law Offices of Konrad Sherinian, LLC, hereby moves for entry of default against Defendant Laura Drzewiecki.

In support of its motion, Slep-Tone states as follows:

1. On January 10, 2014, Slep-Tone filed the above-identified action naming the following defendants: Diane Klemz, John Jensen, Joe Gaytan, Laura Drzewiecki, Mary Mac McCloskey, Maryaoke Karoake, Inc., and Cheryl Baggs. Dkt 1. In connection with the Complaint, the Clerk's Office for the Northern District of Illinois issued summonses for the aforementioned defendants.

2. On January 31, 2014, Laura Drzewiecki was served with copies of the summons and Complaint via personal service by a third-party process server. Dkt. 7; also attached hereto

as Exhibit B. Ms. Drzewiecki's response, answer, or pleading was due on February 21, 2014. Dkt. 7.

3.    Ms. Drzewiecki failed to file any response, answer, or pleading within 21 days of service as required by Fed. R. Civ. P. 12(a).

For the foregoing reasons, Slep-Tone respectfully requests that this Court enter default against Ms. Drzewiecki pursuant to Fed. R. Civ. P. 55(a), and requests the Court to set a date for Slep-Tone to establish its damages against Ms. Drzewiecki.

Date: March 14, 2014                                                  /s/ Frank Young

                                                                                                                                               Frank Young
                                                                                                               An Attorney for Plaintiff

Attorneys for Plaintiff Slep-Tone:

Konrad Sherinian
Frank Young
The Law Offices of Konrad Sherinian, LLC
1755 Park Street, Suite #200
Naperville, IL 60563
Phone: (630) 318-2606
Fax: (630) 318-2605
Email: ksherinian@sherinianlaw.net
Email: fyoung@sherinianlaw.net