**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Slep-Tone Entertainment, | |
| Plaintiff(s), | |
| v. | Case No. 2014-cv-189 |
| Klemz, et al, | Judge Sara L. Ellis |
| Defendant(s). | |

## ORDER

Prove-up hearing held as to Laura Drzewiecki. Slep-Tone Entertainment Corporation's motion for default judgment against Defendant Laura Drzewiecki [47] is granted. The Court enters a permanent injunction against the display of the Sound Choice Marks by Laura Drzewiecki during her provision of karaoke entertainment services unless she is compliant with policies outlined on page 10 of plaintiff's motion for default [Dkt 47]. The defendant is also ordered to return the infringing hard drives to plaintiff at which point plaintiff may destroy them. The Court imposes statutory damages in the amount of $30,000.00. Ruling on Defendant, Joe Gaytan's motion to dismiss is held in abeyance, pending settlement negotiations between Slep-Tone and Joe Gaytan. Parties are required to inform courtroom deputy if settlement is not likely, at which point, the Court will rule on pending motion to dismiss. Mail AO 450.

Date: 4/23/2014

/s/ Sara L. Ellis

( T : 15)