# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Slep-Tone Entertainment Corporation,

Plaintiff(s),

v.

Laura Drzewiecki,

Defendant(s).

Case No. 2014-cv-189
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Slep-Tone Entertainment
and against defendant(s) Laura Drzewiecki
in the amount of $30,000.00 ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: It is hereby ordered that default judgment is entered in favor of Plaintiff, Sleptone Entertainment Corporation and against Laura Drzewiecki. The Court enters a permanent injunction against against the display of the Sound Choice Marks by Laura Drzewiecki during her provision of karaoke entertainment services unless she is compliant with policies outlined on page 10 of plaintiff's motion for default judgment. The Court imposes statutory damages in the amount of $30,000.00.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion for default judgment.

Date: 4/23/2014                                    Thomas G. Bruton, Clerk of Court

/s/ Rhonda Johnson , Deputy Clerk