IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>DIANE KLEMZ, JOHN JENSEN, JOE GAYTAN, LAURA DRZEWIECKI, MARY MAC MCCLOSKEY, MARYAOKE KAROAKE, INC., and CHERYL BAGGS,<br><br>    Defendants. | Case No.: 14-CV-189<br><br>Honorable Sara L. Ellis |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41, plaintiff SLEP-TONE ENTERTAINMENT CORPORATION and Defendant Joe Gaytan ("Gaytan") have settled their disputes. At this time, Defendant Gaytan has not answered at this time, but has a motion to dismiss pending; see Dkt. No. 23, which is fully briefed. The parties shall bear their respective costs and attorneys' fees.

                                                  Respectfully submitted,

                                                  SLEP-TONE ENTERTAINMENT CORPORATION

Date:   June 2, 2014                          By:    /s/ Konrad Sherinian
                                                                             An attorney for plaintiff

Konrad Sherinian
E-Mail: ksherinian@sherinianlaw.net
Depeng (Edward) Bi
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563

Telephone: (630) 318-2606
Facsimile: (630) 318-2605