# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Slep−Tone Entertainment Corporation

                                              Plaintiff,

v.                                                         Case No.: 1:14−cv−00189
                                                        Honorable Sara L. Ellis

Laura Drzewiecki, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2014:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Stipulation of Dismissal of Def. Joe Gaytan only [58], Joe Gaytan is dismissed with prejudice, therefore his motion to dismiss [23] is moot. (lcw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.